THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROY J. LeFEVRE and ROSALIND T. LeFEVRE, husband and wife; and LAURIE J. V. OLSON, PERSONAL REPRESENTATIVE OF THE ESTATE OF JAMES OLSON, AND INDIVIDUALLY AS THE SURVIVING SPOUSE OF JAMES OLSON,<br><br>Plaintiffs,<br><br>v.<br><br>CBS CORPORATION; et al.,<br><br>Defendants. | NO. 3:13-cv-05058-RBL<br><br>DEFENDANT CROWN CORK & SEAL COMPANY, INC.'S JOINDER TO OWENS-ILLINOIS, INC.'S MOTION FOR RECONSIDERATION OR, IN THE ALTERNATIVE, FOR CLARIFICATION<br><br>NOTE ON MOTION CALENDAR: DECEMBER 12, 2013 |

In the event that the Court does not grant Defendant Crown Cork & Seal Company, Inc.'s ("Crown Cork") Motion for Reconsideration (Dkt. 328, Note on Motion Calendar December 10, 2013) respectfully files this joinder to Defendant Owens-Illinois, Inc.'s Motion for Reconsideration or, in the alternative, for Clarification, which seeks review of this Court's prior ruling denying the subject motions for summary judgment and, in the alternative, seeks clarification of the issues for trial.

///

///

DEFENDANT CROWN CORK & SEAL COMPANY, INC.'S
JOINDER TO OWENS-ILLINOIS, INC.'S MOTION FOR
RECONSIDERATION - 1 (3:13-CV-05058-RBL)

SEDGWICK LLP
520 PIKE STREET, SUITE 2200
SEATTLE, WA 98101-4093
(206) 462-7560 FAX: (206) 462-7561

1
2   DATED this 16th day of December, 2013

3                    SEDGWICK LLP

4
            By: s/ Barry N. Mesher
5               Barry N. Mesher, WSBA No. 07845
                Sedgwick LLP
6               520 Pike Street, Suite 2200
                Seattle, WA 98101
7               Phone: (206) 462-7560
                Fax: (206) 462-7561
8               Barry.mesher@sedgwicklaw.com
                Attorneys for Defendant
9               Crown Cork & Seal Company, Inc.

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

DEFENDANT CROWN CORK & SEAL COMPANY, INC.'S
JOINDER TO OWENS-ILLINOIS, INC.'S MOTION FOR
RECONSIDERATION - 2 (3:13-CV-05058-RBL)

SEDGWICK LLP
520 PIKE STREET, SUITE 2200
SEATTLE, WA 98101-4093
(206) 462-7560 FAX: (206) 462-7561

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
CERTIFICATE OF SERVICE

I, Helen Van Buren, hereby make the following Declaration from personal knowledge:

On December 16, 2013, I presented the attached document to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following attorneys:

| Attorneys for Plaintiff:<br>Matthew P. Bergman<br>Glenn S. Draper<br>Anna D. Knudson<br>Brian F. Ladenburg<br>Bergman Draper Ladenburg, PLLC<br>614 First Avenue, Fourth Floor<br>Seattle, WA 98104<br>TEL:   (206) 957-9510<br>FAX:   (206) 957-9549<br><br>glenn@bergmanlegal.com<br>annak@bergmanlegal.com<br>matt@bergmanlegal.com'<br>brian@bergmanlegal.com | Attorneys for CBS Corporation f/k/a Viacom Inc.; General Electric Company; Rapid-American Corporation:<br>Christopher S. Marks<br>Eliot M. Harris<br>Sedgwick LLP<br>520 Pike Street, Suite 2200<br>Seattle, WA 98101<br>TEL:   (206) 462-7560<br>FAX:   (206) 462-7561<br><br>Chris.marks@sedgwicklaw.com<br>eliot.harris@sedgwicklaw.com |
|---|---|
| Attorneys for CBS Corporation:<br>William D. Harvard, Pro Hac Vice<br>Evert Weathersby Houff<br>200 Cleveland Road, Suite 6<br>Bogart, GA 30622<br><br>WDHarvard@ewhlaw.com | Attorneys for Metropolitan Life Insurance Company:<br>Richard G. Gawlowski<br>Wilson, Smith, Cochran & Dickerson<br>901 Fifth Avenue, Suite 1700<br>Seattle, WA 98164<br>TEL:   (206) 623-4100<br>FAX:   (206) 623-9273<br><br>gawlowski@wscd.com |
| Attorneys for Warren Pumps, LLC:<br>J. Michael Mattingly<br>Rizzo Mattingly Bosworth PC<br>1300 SW Sixth Ave., Suite 330<br>Portland, OR 97201-3530<br>TEL:   (503) 229-1819<br>FAX:   (503) 229-0630<br><br>mmattingly@rizzopc.com | Attorneys for Owens-Illinois, Inc.:<br>Alexander Paul Catalona<br>Schiff Hardin LLP<br>One Market, Spear Street Tower<br>Thirty-Second Floor<br>San Francisco, CA 94105<br>TEL: (415) 901-8700<br>FAX: (415) 901-8701<br><br>acatalona@schiffhardin.com |

DEFENDANT CROWN CORK & SEAL COMPANY, INC.'S
JOINDER TO OWENS-ILLINOIS, INC.'S MOTION FOR
RECONSIDERATION - 3 (3:13-CV-05058-RBL)

SEDGWICK LLP
520 PIKE STREET, SUITE 2200
SEATTLE, WA 98101-4093
(206) 462-7560 FAX: (206) 462-7561

| Attorneys for Lone Star Industries, Inc.:<br>Howard (Terry) Hall<br>Wolfstone, Panchot & Bloch, P.S., Inc.<br>1111 Third Avenue, Suite 1800<br>Seattle, WA 98101<br>TEL:   206.682.3840<br>fax: 206.340.8837<br><br>thall@wpblaw.com | Attorneys for Owens-Illinois, Inc.:<br>Mark J. Fucile<br>Fucile & Reising LLP<br>800 NW Sixth Avenue, Suite 211<br>Portland, OR 97209-3783<br>TEL:  503-224-4895<br>FAX:  503-224-4332<br><br>mark@frllp.com |
|---|---|
| Attorneys for Owens-Illinois, Inc.:<br>Steven Fogg<br>Corr Cronin Michelson Baumgardner<br>     & Preece LLP<br>1001 Fourth Avenue, Suite 3900<br>Seattle, WA 98154-1051<br><br>sfogg@corrcronin.com | Attorneys for General Electric Company:<br>Erik Nadolink<br>Wheeler Trigg O'Donnell<br>370 Seventeenth Street, Suite 4500<br>Denver, CO 80202-5647<br>TEL: (303) 244-1800<br><br>nadolink@wtotrial.com |
| Attorneys for Lone Star Industries, Inc.:<br>J. Scott Wood<br>Foley & Mansfield PLLP<br>800 Fifth Avenue, Suite 3850<br>Seattle, WA 98104<br>TEL: (206) 456-5360<br>FAX: (206) 456-5361<br>swood@foleymansfield.com | Attorneys for Owens-Illinois, Inc.:<br>Robert H. Riley<br>Edward Casmere<br>Stephen M. Copenhaver<br>Matthew J. Fischer<br>Schiff Hardin LLP<br>233 South Wacker Drive, Suite 6600<br>Chicago, IL 60606<br><br>rriley@schiffhardin.com<br>ecasmere@schiffhardin.com<br>scopenhaver@schiffhardin.com<br>mfischer@schiffhardin.com |
| Attorneys for General Electric Company:<br>John Heller<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>TEL: (312) 853-7704<br><br>jheller@sedley.com | Attorneys for Plaintiff:<br>Thomas H. Hart, III<br>Law Offices of Thomas H. Hart, III<br>207 E. 1st N. Street<br>Summerville, South Carolina 29483<br>TEL: (843) 410-0711<br><br>tom@thhpc.com |

DEFENDANT CROWN CORK & SEAL COMPANY, INC.'S
JOINDER TO OWENS-ILLINOIS, INC.'S MOTION FOR
RECONSIDERATION - 4 (3:13-CV-05058-RBL)

SEDGWICK LLP
520 PIKE STREET, SUITE 2200
SEATTLE, WA 98101-4093
(206) 462-7560 FAX: (206) 462-7561

| Attorneys for Plaintiff:<br>William A. Galerston<br>Randall Iola<br>Stanley Iola, LLP<br>3100 Monticell Ave., Suite 750<br>Dallas, TX 75205<br>TEL: (214) 443-4307<br><br>wgalerston@stanleyiola.com<br>riola@stanleyiola.com | Attorneys for General Electric Company:<br>John M. Fitzpatrick<br>Wheeler Trigg O'Donnell<br>370 Seventeenth Street, Suite 4500<br>Denver, CO 80202-5647<br><br>Fitzpatrick@wtotrial.com |
|---|---|
| Attorneys for CBS Corporation and General Electric Company:<br>David A. Speziali<br>Speziali Greenwald & Hawkins PC<br>1081 Winslow Rd.<br>Williamstown, NJ 08094<br>dspeziali@comcast.net | |

I HEREBY DECLARE UNDER PENALTY OF PERJURY under the laws of the United States of America and the State of Washington that the foregoing is true and correct.

EXECUTED this 16th day of December, 2013, at Seattle, Washington.

_Helen Van Buren_ (signature)
Helen Van Buren

DEFENDANT CROWN CORK & SEAL COMPANY, INC.'S
JOINDER TO OWENS-ILLINOIS, INC.'S MOTION FOR
RECONSIDERATION - 5 (3:13-CV-05058-RBL)

SEDGWICK LLP
520 PIKE STREET, SUITE 2200
SEATTLE, WA 98101-4093
(206) 462-7560 FAX: (206) 462-7561