THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROY J. LeFEVRE and ROSALIND T. LeFEVRE, husband and wife; and LAURIE J. V. OLSON, PERSONAL REPRESENTATIVE OF THE ESTATE OF JAMES OLSON, AND INDIVIDUALLY AS THE SURVIVING SPOUSE OF JAMES OLSON,<br><br>Plaintiffs,<br><br>v.<br><br>CBS CORPORATION; et al.,<br><br>Defendants. | NO. 3:13-cv-05058-RBL<br><br>**NOTICE OF ERRATA TO** DEFENDANT CROWN CORK & SEAL COMPANY, INC.'S JOINDER TO OWENS-ILLINOIS, INC.'S MOTION FOR RECONSIDERATION OR, IN THE ALTERNATIVE, FOR CLARIFICATION<br><br>NOTE ON MOTION CALENDAR: DECEMBER 27, 2013 |

PLEASE TAKE NOTICE that Crown Cork & Seal Company, Inc., by and through its undersigned counsel, files this Notice of Errata with respect to the Joinder to Owens-Illinois, Inc.'s Motion for Reconsideration [Dkt.340]. Said Joinder had an incorrect hearing date for the Motion and, as a result, Crown Cork & Seal Company, Inc. hereby corrects the Joinder with the corrected Note on Motion Calendar date of December 27, 2013.

///

///

NOTICE OF ERRATA TO DEFENDANT CROWN CORK & SEAL COMPANY, INC.'S JOINDER TO OWENS-ILLINOIS, INC.'S MOTION FOR RECONSIDERATION - 1 (3:13-CV-05058-RBL)

SEDGWICK LLP
520 PIKE STREET, SUITE 2200
SEATTLE, WA 98101-4093
(206) 462-7560 FAX: (206) 462-7561

1   DATED this 16th day of December, 2013

2                                   SEDGWICK LLP

3

4                           By: s/ Barry N. Mesher
                                Barry N. Mesher, WSBA No. 07845
5                               Sedgwick LLP
                                520 Pike Street, Suite 2200
6                               Seattle, WA 98101
                                Phone: (206) 462-7560
7                               Fax:   (206) 462-7561
                                Barry.mesher@sedgwicklaw.com
8                               Attorneys for Defendant
                                Crown Cork & Seal Company, Inc.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF ERRATA TO DEFENDANT CROWN CORK & SEAL
COMPANY, INC.'S JOINDER TO OWENS-ILLINOIS, INC.'S
MOTION FOR RECONSIDERATION - 2 (3:13-CV-05058-RBL)

SEDGWICK LLP
520 PIKE STREET, SUITE 2200
SEATTLE, WA 98101-4093
(206) 462-7560 FAX: (206) 462-7561

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
CERTIFICATE OF SERVICE

I, Helen Van Buren, hereby make the following Declaration from personal knowledge:

On December 16, 2013, I presented the attached document to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following attorneys:

| Attorneys for Plaintiff:<br>Matthew P. Bergman<br>Glenn S. Draper<br>Anna D. Knudson<br>Brian F. Ladenburg<br>Bergman Draper Ladenburg, PLLC<br>614 First Avenue, Fourth Floor<br>Seattle, WA 98104<br>TEL:  (206) 957-9510<br>FAX:  (206) 957-9549<br><br>glenn@bergmanlegal.com<br>annak@bergmanlegal.com<br>matt@bergmanlegal.com'<br>brian@bergmanlegal.com | Attorneys for CBS Corporation f/k/a Viacom Inc.; General Electric Company; Rapid-American Corporation:<br>Christopher S. Marks<br>Eliot M. Harris<br>Sedgwick LLP<br>520 Pike Street, Suite 2200<br>Seattle, WA 98101<br>TEL:  (206) 462-7560<br>FAX:  (206) 462-7561<br><br>Chris.marks@sedgwicklaw.com<br>eliot.harris@sedgwicklaw.com |
|---|---|
| Attorneys for CBS Corporation:<br>William D. Harvard, Pro Hac Vice<br>Evert Weathersby Houff<br>200 Cleveland Road, Suite 6<br>Bogart, GA 30622<br><br>WDHarvard@ewhlaw.com | Attorneys for Metropolitan Life Insurance Company:<br>Richard G. Gawlowski<br>Wilson, Smith, Cochran & Dickerson<br>901 Fifth Avenue, Suite 1700<br>Seattle, WA 98164<br>TEL:  (206) 623-4100<br>FAX:  (206) 623-9273<br><br>gawlowski@wscd.com |
| Attorneys for Warren Pumps, LLC:<br>J. Michael Mattingly<br>Rizzo Mattingly Bosworth PC<br>1300 SW Sixth Ave., Suite 330<br>Portland, OR 97201-3530<br>TEL:  (503) 229-1819<br>FAX:  (503) 229-0630<br><br>mmattingly@rizzopc.com | Attorneys for Owens-Illinois, Inc.:<br>Alexander Paul Catalona<br>Schiff Hardin LLP<br>One Market, Spear Street Tower<br>Thirty-Second Floor<br>San Francisco, CA 94105<br>TEL: (415) 901-8700<br>FAX: (415) 901-8701<br><br>acatalona@schiffhardin.com |

NOTICE OF ERRATA TO DEFENDANT CROWN CORK & SEAL COMPANY, INC.'S JOINDER TO OWENS-ILLINOIS, INC.'S MOTION FOR RECONSIDERATION - 3 (3:13-CV-05058-RBL)

SEDGWICK LLP
520 PIKE STREET, SUITE 2200
SEATTLE, WA 98101-4093
(206) 462-7560 FAX: (206) 462-7561

| Attorneys for Lone Star Industries, Inc.:<br>Howard (Terry) Hall<br>Wolfstone, Panchot & Bloch, P.S., Inc.<br>1111 Third Avenue, Suite 1800<br>Seattle, WA 98101<br>TEL:   206.682.3840<br>fax: 206.340.8837<br><br>thall@wpblaw.com | Attorneys for Owens-Illinois, Inc.:<br>Mark J. Fucile<br>Fucile & Reising LLP<br>800 NW Sixth Avenue, Suite 211<br>Portland, OR 97209-3783<br>TEL:  503-224-4895<br>FAX:  503-224-4332<br><br>mark@frllp.com |
|---|---|
| Attorneys for Owens-Illinois, Inc.:<br>Steven Fogg<br>Corr Cronin Michelson Baumgardner<br>     & Preece LLP<br>1001 Fourth Avenue, Suite 3900<br>Seattle, WA 98154-1051<br><br>sfogg@corrcronin.com | Attorneys for General Electric Company:<br>Erik Nadolink<br>Wheeler Trigg O'Donnell<br>370 Seventeenth Street, Suite 4500<br>Denver, CO 80202-5647<br>TEL: (303) 244-1800<br><br>nadolink@wtotrial.com |
| Attorneys for Lone Star Industries, Inc.:<br>J. Scott Wood<br>Foley & Mansfield PLLP<br>800 Fifth Avenue, Suite 3850<br>Seattle, WA 98104<br>TEL: (206) 456-5360<br>FAX: (206) 456-5361<br>swood@foleymansfield.com | Attorneys for Owens-Illinois, Inc.:<br>Robert H. Riley<br>Edward Casmere<br>Stephen M. Copenhaver<br>Matthew J. Fischer<br>Schiff Hardin LLP<br>233 South Wacker Drive, Suite 6600<br>Chicago, IL 60606<br><br>rriley@schiffhardin.com<br>ecasmere@schiffhardin.com<br>scopenhaver@schiffhardin.com<br>mfischer@schiffhardin.com |
| Attorneys for General Electric Company:<br>John Heller<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>TEL: (312) 853-7704<br><br>jheller@sedley.com | Attorneys for Plaintiff:<br>Thomas H. Hart, III<br>Law Offices of Thomas H. Hart, III<br>207 E. 1st N. Street<br>Summerville, South Carolina 29483<br>TEL: (843) 410-0711<br><br>tom@thhpc.com |

NOTICE OF ERRATA TO DEFENDANT CROWN CORK & SEAL COMPANY, INC.'S JOINDER TO OWENS-ILLINOIS, INC.'S MOTION FOR RECONSIDERATION - 4 (3:13-CV-05058-RBL)

SEDGWICK LLP
520 PIKE STREET, SUITE 2200
SEATTLE, WA 98101-4093
(206) 462-7560 FAX: (206) 462-7561

| Attorneys for Plaintiff:<br>William A. Galerston<br>Randall Iola<br>Stanley Iola, LLP<br>3100 Monticell Ave., Suite 750<br>Dallas, TX 75205<br>TEL: (214) 443-4307<br><br>wgalerston@stanleyiola.com<br>riola@stanleyiola.com | Attorneys for General Electric Company:<br>John M. Fitzpatrick<br>Wheeler Trigg O'Donnell<br>370 Seventeenth Street, Suite 4500<br>Denver, CO 80202-5647<br><br>Fitzpatrick@wtotrial.com |
|---|---|
| Attorneys for CBS Corporation and General Electric Company:<br>David A. Speziali<br>Speziali Greenwald & Hawkins PC<br>1081 Winslow Rd.<br>Williamstown, NJ 08094<br>dspeziali@comcast.net | |

I HEREBY DECLARE UNDER PENALTY OF PERJURY under the laws of the United States of America and the State of Washington that the foregoing is true and correct.

EXECUTED this 16th day of December, 2013, at Seattle, Washington.

_____
Helen Van Buren

NOTICE OF ERRATA TO DEFENDANT CROWN CORK & SEAL COMPANY, INC.'S JOINDER TO OWENS-ILLINOIS, INC.'S MOTION FOR RECONSIDERATION - 5 (3:13-CV-05058-RBL)

SEDGWICK LLP
520 PIKE STREET, SUITE 2200
SEATTLE, WA 98101-4093
(206) 462-7560 FAX: (206) 462-7561